JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KULUNTA ASRAT GEBREAB, individually; <br><br> Plaintiffs, <br><br> vs. <br><br> SMITH'S FOOD & DRUG CENTERS, INC.; DOES I - X, and ROE CORPORATIONS I - X, inclusive, <br><br> Defendants. | Case No. 2:25-cv-00464-RFB-BNW <br><br> **STIPULATION AND ORDER FOR** <br> **DISMISSAL WITH PREJUDICE** |

WHEREAS all Parties and their respective counsel, as undersigned, have agreed upon a full and final settlement of this case:

IT IS HEREBY STIPULATED AND AGREED, by and between Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Justin Randall, Esq. of the law firm ER INJURY ATTORNEYS as counsel of record for Plaintiff KULUNTA ASRAT GEBREAB as follows:

1. That the claims herein of Plaintiff KULUNTA ASRAT GEBREAB against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

//

//

2. That there is no trial date inasmuch as the Parties had not yet submitted their Joint Pre-Trial Order.

**IT IS SO STIPULATED.**

DATED this ___ day of November, 2025.   DATED this 15th day of December, 2025.

**ER INJURY ATTORNEYS**

/s/
_____
JUSTIN G. RANDALL, ESQ.
Nevada Bar No. 12476
1700 South Pavilion Center Drive, Suite 530
Las Vegas, Nevada 89135
(702) 878-7878
Attorneys for Plaintiff
Kulunta Asrat Gebreab

**COOPER LEVENSON, P.A.**

/s/
_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned matter be dismissed with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATE:  December 16, 2025.